UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23MJ2969

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PEDRO BONILLA,

    Defendant.
_____/

## NOTICE OF PERMANENT APPEARANCE

**STEPHEN J. GOLEMBE,** files this appearance as counsel for the above-named defendant. Counsel agrees to represent the defendant IN ALL PROCEEDINGS PENDING IN THE DISTRICT COURT.

Counsel hereby states that this appearance is in conformity with the requirements of Local General Rule 11.1 and the Special Rules Governing the Admission and Practice of Attorneys.

FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.

    Respectfully submitted,

*/s/ Stephen J. Golembe*
STEPHEN J. GOLEMBE, ESQUIRE
Florida Bar No. 137225
201 Alhambra Circle, Suite 504
Coral Gables, Florida 33134
(305) 858-0404 office
GolembeS@GolembeLaw.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 30th day of May, 2023.  I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Stephen J. Golembe*
STEPHEN J. GOLEMBE, ESQUIRE
Florida Bar No.  137225